| | |
|---|---|
| 1  JEFFREY S. SHINBROT, ESQ. (SBN 155486)<br>jeffrey@shinbrotfirm.com<br>2  JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Boulevard, Suite 400<br>3  Beverly Hills, California 90211<br>Telephone: (310) 659-5444<br>4  Fax: (310) 878-8304 | **FILED & ENTERED**<br><br>OCT 22 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY rust       DEPUTY CLERK |

5  Attorneys for Creditor
Educational Financial Services, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA BARBARA DIVISION

| | |
|---|---|
| In re<br>GLENN EDWARD MCLUCAS, SR.<br>and LAURA LYNN MCLUCAS,<br>          Chapter 7 Debtors. | Case No. 9:09-bk11986-RR<br><br>Chapter 7<br><br>Adv. No. 9:10-ap-01008-RR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR:**<br><br>1. **APPROVAL OF SETTLEMENT AGREEMENT;**<br><br>2. **ENTRY OF JUDGMENT PURSUANT TO STIPULATION OF THE PARTIES; AND**<br><br>3. **DISMISSAL OF CLAIMS UNDER 11 U.S.C. §§ 727(e), 727(a)(2)(A), 727(a)(3) & 727(a)(4).** |
| EDUCATIONAL FINANCIAL<br>SERVICES, LTD.,<br>          Plaintiff.<br>     v.<br>GLENN EDWARD MCLUCAS, SR.,<br>an individual and LAURA LYNN<br>MCLUCAS, an individual,<br>          Defendants. | |

The Court having considered the Motion of Plaintiff EDUCATIONAL

FINANCIAL SERVICES, LTD., a California corporation ("EFS"), for an Order

approving the settlement of the above captioned adversary case under 11 U.S.C.

§523(a)(3)(B), for entry of judgment pursuant to the parties' Stipulation for Entry of

Judgment, and for dismissal of EFS's claims under  11 U.S.C. §§ 727(e), 727(a)(2)(A),

727(a)(3) & 727(a)(4) pursuant to Federal Rules of Bankruptcy Procedure, Rule

7041(2)(The "Motion"), the Declaration of Non-Opposition to the Motion filed by EFS's

counsel of record [docket number 61] and good cause appearing, hereby Orders as

follows:

1. The Motion is granted.
2. The settlement agreement set forth in the Motion is approved.
3. The automatic stay provisions of 11 U.S.C. §362 are hereby modified to the extent necessary to permit the consummation of the settlement agreement set forth in the Motion.
4. Judgment shall be entered in favor of EFS on its claims brought under 11 U.S.C. §523(a)(3)(B), as set forth in the Stipulation for Entry of Judgment filed with this Court in this adversary case [docket number 58].
5. EFS'S causes of action brought under 11 U.S.C. §§ 727(e), 727(a)(2)(A), 727(a)(3) & 727(a)(4) are hereby dismissed with prejudice.

IT IS SO ORDERED.

###

DATED: October 22, 2010

*Robin Riblet*
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Boulevard, Suite 400, Beverly Hills, California  90211

A true and correct copy of the foregoing document described as ***ORDER GRANTING PLAINTIFF'S MOTION FOR: 1. APPROVAL OF SETTLEMENT; 2. ENTRY OF JUDGMENT PURSUANT TO STIPULATION OF THE PARTIES; AND 3. DISMISSAL OF CLAIMS UNDER 11 U.S.C.  SECTION 727(e), 727(a)(2)(A), 727(a)(3) & 727(a)(4):*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***10/14/2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Served U.S. Mail
U.S. Trustee Office Northern Division
21051 Warner Center Lane Suite 115
Woodland Hills, CA  91367

X III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***10/14/2010,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

SEVED VIA EMAIL

- David Farmer (TR)     emily@farmerandready.com, cacie@farmerandready.com;ca66@ecfcbis.com
- William E Winfield     wwinfield@nchc.com

3

1 ///

2 Honorable Robin L. Riblet (Via attorney service)
United States Bankruptcy Court - Central District of California
3 1415 State Street, Bin outside of Suite 103
Santa Barbara, CA 93101-2511

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/14/2010 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

///

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **NOTE TO USERS OF THIS FORM**: |
|   | **1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document. |
|   | **2)** The title of the judgment or order and all service information must be filled in by the party lodging the order. |
| 5 | **3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category. |
|   | **4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or |
| 6 | attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I. |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  ***ORDER GRANTING PLAINTIFF'S MOTION FOR: 1. APPROVAL OF SETTLEMENT; 2. ENTRY OF JUDGMENT PURSUANT TO STIPULATION OF THE PARTIES; AND 3. DISMISSAL OF CLAIMS UNDER 11 U.S.C.  SECTION 727(e), 727(a)(2)(A), 727(a)(3) & 727(a)(4):*** was entered on the date indicated as Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***10/14/2010***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**X III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**SERVICE LIST FOR ENTERED ORDER**

**SERVED ELECTRONICALLY**

- David Farmer (TR)    emily@farmerandready.com, cacie@farmerandready.com;ca66@ecfcbis.com
- United States Trustee (ND)  ustpregion16.nd.ecf@usdoj.gov
- William E Winfield    wwinfield@nchc.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

6